Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW W. BAUER,<br><br>　　　　　Defendant. | DOCKET NO: 6:15-mj-0034-MJS<br><br>STIPULATION TO VACATE STATUS CONFERENCE; AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Andrew Bauer, by and through his attorney of record, Carol Ann Moses, that the Status Conference in the above-captioned matter set for December 1, 2015 shall be vacated.  The parties have reached a resolution that includes dismissal of the pending charges and issuance of a bailable citation which defendant will pay to the Central Violation Bureau.  The parties hereby request the pending matter be taken off the Court calendar.

　　　Once the agreement terms have been completed, the Government will file a Motion to Dismiss.  In the alternative if terms of the agreement are not completed, the Government will notify the Court of a request to put the matter back on calendar.

Dated: November 2, 2015                /S/ Susan St. Vincent
                                       Susan St. Vincent
                                       Legal Officer
                                       Yosemite National Park


Dated: November 2, 2015                /S/ Carol Ann Moses
                                       Carol Ann Moses
                                       Attorney for Defendant
                                       Andrew W. Bauer


**ORDER**


For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the December 1, 2015 status conference in the matter of U.S. V. Bauer case number 6:15-mj-0034-MJS, is vacated.

IT IS SO ORDERED.

Dated:   November 2, 2015              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE