Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO:  6:15-mj-0034-MJS |
| Plaintiff, | |
| v. | MOTION TO DISMISS; AND ORDER THEREON |
| ANDREW W. BAUER, | |
| Defendant. | |

    The parties IN THIS MATTER have reached a resolution that includes dismissal of the pending charges and issuance of a bailable citation which defendant will pay to the Central Violation Bureau.  Therefore, Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of case number 6:15-mj-0034-MJS.

    .

    Dated:  May 9, 2016                  /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Legal Officer
                                        Yosemite National Park

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, U.S. V. Bauer case number 6:15-mj-0034-MJS, be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  May 10, 2016                             /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE